THE PACIFIC LAW GROUP
Attorneys At Law, A Law Corporation

STEVEN J. T. CHOW                2927-0
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone No. 523-2999
Email:     schow@paclawgroup.com

LAUREEN L. MARTIN             5927
Office of Corporation Counsel
101 Aupuni Street, Suite 325
Hilo, Hawaii  96720
Telephone No. (808) 961-8251
Email:     Laureen.Martin@hawaiicounty.gov

Attorneys for Defendant
THE COUNTY OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ELAINE SURNOW, Individually and as Personal Representative of the ESTATE OF JEFFREY SURNOW, Deceased, MAX SURNOW, SAM SURNOW, and LISA SURNOW,<br><br>                Plaintiffs,<br><br>    vs.<br><br>JODY BUDDEMEYER; THE COUNTY OF HAWAI`I and THE | CIVIL NO. 17-00038 JMS-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br><br><br><br>Trial:   September 17, 2019<br>Judge:  Hon. J. Michael Seabright<br><br>*(caption continued on next page)* |

| | |
|---|---|
| COUNTY OF HAWAI`I POLICE DEPARTMENT, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

Come now Plaintiffs ELAINE SURNOW, Individually and as Personal Representative of the ESTATE OF JEFFREY SURNOW, Deceased, MAX SURNOW, SAM SURNOW and LISA SURNOW, Defendants JODY BUDDEMEYER, and THE COUNTY OF HAWAI`I above-named, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR41.1, hereby stipulate that the above-entitled action be and hereby is dismissed with prejudice, each party to bear his, her, its own attorney's fees and costs.  All appearing parties have signed this Stipulation through their respective counsel.  THE COUNTY OF HAWAI`I POLICE DEPARTMENT was dismissed with prejudice  pursuant to that certain "Order: (1) Denying Defendant Buddemeyer's Motion For Partial Summary Judgment, ECF No. 94, And Related Joinder, ECF No. 165; (2) Granting Defendant County's Motion For Judgement On the Pleadings, ECF No. 98; And (3) Granting Defendant County's Motion For Judgment On the Pleadings, ECF No. 99" filed May

14, 2019.  All parties have been identified and there are no remaining parties and/or issues.  All pretrial deadlines, scheduled conferences, and jury trial set for the week of September 17, 2019 before the Honorable J. Michael Seabright are vacated.

DATED:  Honolulu, Hawaii, November 20, 2019.

/s/ Mark S. Davis
MARK S. DAVIS
MICHAEL K. LIVINGSTON
THOMAS M. OTAKE
AMALIA L. FENTON

Attorneys for Plaintiffs
ELAINE SURNOW, Individually and as Personal Representative of the ESTATE OF JEFFREY SURNOW, MAX SURNOW, SAM SURNOW and LISA SURNOW

DATED:  Honolulu, Hawaii, November 20, 2019.

/s/ Leslie R. Kop
LESLIE R. KOP
WADE J. KATANO

Attorneys for Defendant
JODY BUDDEMEYER

DATED:  Honolulu, Hawaii, November 20, 2019.

        /s/ Steven J. T. Chow
STEVEN J. T. CHOW
LAUREEN L. MARTIN
STEFAN M. REINKE

Attorneys for Defendant
THE COUNTY OF HAWAI`I

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, November 21, 2019.



  /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Elaine Surnow, etc., et al. v. Jody Buddemeyer, et al.*; Civil No. 17-00038 JMS-RT;
Stipulation For Dismissal With Prejudice Of All Claims And Parties